Corp Ownership-Adv (rev 6/1/12)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

In re:

Kenneth Michael Yochum and

Linda Pauline Yochum

Debtor(s).

Case No. 14-80103-FJO-7

CINCINNATI INSURANCE COMPANY AS

SUBROGEE OF SPIRIT OF VINCENNES, ET AL

Plaintiff(s),
vs.

LINDA PAULINE YOCHUM

Defendant(s).

Adv. Proc. No. 14-58012

## CORPORATE OWNERSHIP STATEMENT

As required by Fed.R.Bankr.P. 7007.1(a), the party, Cincinnati Insurance Company (name), now files this Corporate Ownership Statement and reports as follows: (Check one box only.)

☐ Party is not a "corporation" as defined in 11 U.S.C. §101(9).

☐ Party is a "corporation" as defined in 11 U.S.C. §101(9) but has no entities to report under Fed.R.Bankr.P. 7007.1(a).

☑ Party is a "corporation" as defined in 11 U.S.C. §101(9), and the following corporations directly or indirectly own 10% or more of any class of the party's equity interests:  (List corporations below.)

Cincinnati Financial Corporation

/s/ Ann M. Bastian, AIC          (Signature of Party)*
Ann M. Bastian                    (Printed Name of Party)
P O Box 145496                    (Address)
Cincinnati, OH  45250-5496        (City, State, ZIP Code)
513-603-5848                      (Phone with Area Code)
513-371-7255                      (Fax with Area Code)
Ann_Bastian@CINFIN.COM            (E-mail)

* (Note:  If filing electronically, use the /s/ electronic signature per our Administrative Procedures Manual.)